USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 97-1789

 UNITED STATES,

 Appellee,

 v.

 AMABLE D. GUERRERO-SORIANO,

 Defendant, Appellant.

 APPEAL FROM THE UNITED STATES DISTRICT COURT
 
 FOR THE DISTRICT OF PUERTO RICO
 
 [Hon. Juan M. Perez-Gimenez, U.S. District Judge]
 

 Before
 
 Torruella, Chief Judge,
 Coffin, Senior Circuit Judge,
 and Stahl, Circuit Judge.
 
 

 Evelyn Quinones Carrasquillo on brief for appellant.
 Guillermo Gil, United States Attorney, Camille Velez-Rive,
Nelson Perez-Sosa, Assistant United States Attorneys, and Jose A.
Quiles-Espinosa, Senior Litigation Counsel, on brief for appellee.

May 14, 1998

 
 Per Curiam. Upon careful review of the briefs and
 record, we conclude that the district court was not required
 to grant defendant safety valve relief under U.S.S.G. 
 5C1.2(5) or an adjustment for his role in the offense under
 U.S.S.G. 3B1.2(b). The findings underlying the district
 court's rulings -- that defendant had not truthfully provided
 all his information about the offense, and that he was not
 less culpable than most other participants -- are adequately
 supported by the record and the inferences reasonably to be
 drawn therefrom.
 Affirmed. See 1st Cir. Loc. R. 27.1.